| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEW HAMPSHIRE |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **MYA POS Services, LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA Gusanoz Mexican Restaurant** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **80-0108618** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** <br><br> **410 Miracle Mile, Suite 6** <br> **Lebanon, NH 03766** <br> Number, Street, City, State & ZIP Code <br><br> **Grafton** <br> County | **Mailing address, if different from principal place of business** <br><br> **61 Elm Street West** <br> **West Lebanon, NH 03784** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 1 |
|---|---|---|

Debtor  **MYA POS Services, LLC**  Case number (*if known*) _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
    - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

| Debtor | MYA POS Services, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                 ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **MYA POS Services, LLC**  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 7, 2025**
             MM / DD / YYYY

X **/s/  Nicholas Yager**                               **Nicholas Yager**
  Signature of authorized representative of debtor        Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ RYAN M BORDEN**                                 Date  **January 7, 2025**
  Signature of attorney for debtor                             MM / DD / YYYY

**RYAN M BORDEN**
Printed name

**Ford, McDonald & Borden, P.A.**
Firm name

**10 Pleasant Street, Suite 400**
**Portsmouth, NH 03801**
Number, Street, City, State & ZIP Code

Contact phone  **(603) 373-1613**     Email address  **rborden@fordlaw.com**

**BNH 07377 NH**
Bar number and State

# United States Bankruptcy Court
### District of New Hampshire

In re  **MYA POS Services, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MAILING LIST

    The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __3__ pages is complete, correct and consistent with the debtor's schedules pursuant to *LBRs* and assumes all responsibility for errors and omissions.

Date: **January 7, 2025**

**/s/ Nicholas Yager**  
Debtor Signature  
**Nicholas Yager**  
Print Name  
Address  **410 Miracle Mile, Suite 6**  
**Lebanon NH 03766**  
Tel. No.

LBF 1007-2 (Eff. 08/08/2024)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

422 Miracle Mile, LLC
17 Dresden Road
Hanover, NH 03755


Ally Bank
P.O. Box 130424
Roseville, MN 55113


Ally Bank
PO Box 380902
Bloomington, MN 55438-0902


American Capital Group
23382 Mill Creek Drive, Suite 115
Laguna Hills, CA 92653


Amoskeag Beverages LLC
510 Hall Street
Bow, NH 03304


Bellavance Beverage
46 Pettengill Road
Londonderry, NH 03053


Best Mexican Food
48 Elkay Drive
Chester, NY 10918


CFG Merchant Solutions LLC
108 Maiden Lane, 15th Floor
New York, NY 10038


Comcast
P.O. Box 60533
City of Industry, CA 91716


Delicious 603 LLC
61 Elm Street West
West Lebanon, NH 03784


DLP Funding LLC
447 Broadway 2nd floor, Unit 805
New York, NY 10013


Fenix Capital Funding, LLC
9265 4th Avenue, 2nd Floor
Brooklyn, NY 11209


Financial Pacific Lease
3455 S 344th Way, Suite 300
Federal Way, WA 98001


Granite State Statuary LLC
61 Elm Street West
West Lebanon, NH 03784

```
Granite State Stonecast LLC
61 Elm Street West
West Lebanon, NH 03784


IOU Financial
600 Town Park Lane, Suite 100
Kennesaw, GA 30144


Jaffe Capital
99 Wall Street, #1540
New York, NY 10005


Lebanon Self Storage
227 Mechanics Street
Lebanon, NH 03766


Liberty Utilities
75 Remittance Drive, Suite 1032
Chicago, IL 60675


Lightspeed
251 Little Falls Drive
Wilmington, DE 19808


Maria Limon Bernal
61 Elm Street West
West Lebanon, NH 03784


Mickeys 603 LLC
61 Elm Street West
West Lebanon, NH 03784


New Hampshire Department of Revenue
109 Pleasant Street
Concord, NH 03301


Nicholas Yager
61 Elm Street West
West Lebanon, NH 03784


NIMA Holdings LLC
61 Elm Street West
West Lebanon, NH 03784


Northeast Bank
One Marina Park Drive, Floor 8
Boston, MA 02210


NuCo2
2800 SE Marketplace
Stuart, FL 34997


Radio Free New Hampshire Corporation
61 Elm Street West
West Lebanon, NH 03784
```

```
Rewards Network Establishment Services
540 W Madison St, Suite 2400
Chicago, IL 60661


SBFS Rapid Finance
4500 East West Highway, 6th Floor
Bethesda, MD 20814


SQ Advance
7901 4th Street North, Suite 300
Saint Petersburg, FL 33702


TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08003


Toast
333 Summer Street
Boston, MA 02210


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416


United First, LLC
2999 NE 191st Street, Unit 901
Miami, FL 33180


Upper Valley Produce
211 Olcott Drive
White River Junction, VT 05001


US Foods
9399 West Higgins Road, Suite 100
Rosemont, IL 60018


Verizon Wireless
1095 Avenue of the Americas
New York, NY 10036
```